IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH C.,[1]

    Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendant.

Case No. 6:22-cv-01816-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 14), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

---

[1] In the interest of privacy, the Court uses only the first name and last name initial of nongovernment parties whose identification could affect Plaintiff's privacy.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 26) is adopted in full. The case is reversed and remanded for further proceedings consistent with the Findings and Recommendatin.

IT IS SO ORDERED.

DATED this 27th day of August, 2024.

                                                    ___s/Michael J. McShane_____
                                                    Michael McShane
                                                  United States District Judge